UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PER G. WESTERDAL, et al., | CASE NO. C24-1050JLR |
| Plaintiffs, | ORDER |
| v. | |
| SAFECO INSURANCE COMPANY OF AMERICA, | |
| Defendants. | |

Before the court is the parties' stipulated motion to continue the trial date and related pre-trial deadlines. (Mot. (Dkt. # 27).) The parties ask the court to continue the trial date from September 22, 2025, to a date in March 2026, in light of Plaintiffs' lead counsel's serious medical condition. (*Id.* at 1.) They represent that a continuance will enable Plaintiffs to obtain new lead counsel should that become necessary. (*Id.*)

The court finds good cause to GRANT the parties' stipulated motion to continue the trial date. The court is unable, however, to accommodate the parties' request for a

ORDER - 1

trial date in March 2026 due to its busy trial schedule.  Therefore, the court DIRECTS the Clerk to continue the trial in this matter to the next available date at the end of the court's trial calendar, and to issue an amended scheduling order that resets all associated pretrial deadlines, beginning with the deadline to file motions related to discovery.

Dated this 7th day of May, 2025.

JAMES L. ROBART
United States District Judge

ORDER - 2